# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC
DEC - 6 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| United States of America<br>v.<br><br>LOUIS WALTON<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 3:24-MJ-372 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2, 2024__ in the county of __MECKLENBURG__ in the __WESTERN__ District of __NORTH CAROLINA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape |

This criminal complaint is based on these facts:
See attached Affidavit incorporated by reference herein.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Chris Carawan, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/06/2024

_____
*Judge's signature*

City and state: Charlotte, North Carolina

David C. Keesler, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Chris Carawan, a Deputy U.S. Marshal (DUSM) with the United States Marshals Service (USMS), being duly sworn, deposes and says:

1. I have been a DUSM with the USMS since February 2011. My duties as a DUSM include judicial security, prisoner transportation, fugitive investigations, and criminal investigations. I have received formal and on-the-job training regarding fugitive investigations and fugitive apprehension. I have participated in hundreds of fugitive investigations, some of which have involved escape and aiding and abetting, in violation of federal and state laws. Accordingly, I am familiar with tactics fugitives use to avoid being arrested and tactics other people use to intentionally prevent law enforcement officers from arresting fugitives. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. The information contained in this Affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers as well as investigative reports. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of the defendant identified herein, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding.

3. On August 9, 2023, LOUIS WALTON was sentenced in U.S. District Court for the Southern District of Ohio upon his conviction for Possession with Intent to Distribute and

Distribution of 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine. LOUIS WALTON was sentenced to the custody of the Attorney General for a term of 24 months. He had a tentative release date of January 18, 2025. LOUIS WALTON was designated to serve a portion of his sentence at Dismas Charities, Inc., a community corrections facility located at 2318 Executive Street, Charlotte, NC, in the Western District of North Carolina. On or about October 16, 2024, LOUIS WALTON was transferred from FCI McKean, in Lewis Run, PA, and arrived at Dismas Charities, Inc., Charlotte, NC. LOUIS WALTON was to be incarcerated at Dismas Charities Residential Re-Entry Center (RRC) until January 18, 2025.

4. On December 2, 2024, the USMS was notified by the U.S. Bureau of Prisons (BOP) that LOUIS WALTON had escaped. During head count at 8:15 PM on December 2, 2024, LOUIS WALTON was unable to be located by Dismas Charities RRC staff. WALTON's emergency contact, local hospitals, and local jails were contacted with negative results. WALTON was last accounted for during the 6:00 PM head count on December 2, 2024. LOUIS WALTON was subsequently placed on escape status. As of the writing of this Affidavit, LOUIS WALTON's whereabouts are unknown.

## CONCLUSION

5. Based on the above facts and circumstances in this Affidavit, there is probable cause to believe that LOUIS WALTON did knowingly escape from custody at the Dismas Charities, Inc., an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Ohio upon conviction for the felony offense of

Possession With Intent to Distribute and Distribution of 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). I respectfully request that the Court issue a criminal complaint and arrest warrant for LOUIS WALTON for a violation of Title 18, United States Code, Section 751(a).

Respectfully submitted,

Chris Carawan
Deputy United States Marshal
United States Marshals Service
Western District of North Carolina

*This Affidavit was reviewed by AUSA Matthew Warren.*

Sworn to and subscribed before me this 6th day of December, 2024 at 2:15 PM.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE