# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:24-mj-372-DCK** |
| | ) | |
| vs. | ) | **MOTION TO DISMISS CRIMINAL COMPLAINT** |
| | ) | |
| **LOUIS WALTON** | ) | |
| _____ | ) | |

Now comes the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and moves to dismiss the Criminal Complaint without prejudice against Defendant Louis Walton in the above-captioned case.

RESPECTFULLY SUBMITTED this 8th day of January 2025.

DENA J. KING
UNITED STATES ATTORNEY

*s/ Matthew Warren*
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-344-6222
matthew.warren@usdoj.gov