IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-MJ-372-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| LOUIS WALTON, | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss Criminal Complaint" (Document No. 5) filed January 8, 2025. This motion has been assigned to the undersigned Magistrate Judge, and immediate review is appropriate.

By the instant motion, the Government seeks to dismiss without prejudice the Criminal Complaint against Defendant Louis Walton in the above-captioned case. Having carefully considered the motion and the record, including the comments of counsel at a hearing this date, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss Criminal Complaint" (Document No. 5) is **GRANTED**, and the Criminal Complaint against Defendant Louis Walton in the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: January 8, 2025

David C. Keesler
United States Magistrate Judge