AO 442 (Rev. 11/11) Arrest Warrant

FILED
Charlotte
Jan 10 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
3:38 pm, Dec 06 2024
WESTERN NORTH CAROLINA
CHARLOTTE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 3:24-MJ-372 |
| LOUIS WALTON | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LOUIS WALTON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
VIOLATION OF 18 U.S.C. § 751(a), ESCAPE

Date: 12/06/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

David C. Keesler, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12-6-24, and the person was arrested on *(date)* 01-07-2025
at *(city and state)* Charlotte, NC.

Date: 01-07-2025

*Arresting officer's signature*

Chris Carawan - DUSM
*Printed name and title*